United States Magistrate Court
CDS-SDTX
FILED

APR 0 7 2026    3C

Nathan Ochsner, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA                §

V.                                      §        CRIM. NO. 5:26-CR-00362

DOLORES ALVARADO-ARTEAGA                §

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. PROC. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, DOLORES ALVARADO-ARTEAGA        , defendant in the above-numbered and styled cause, with

the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a

voluntary plea of guilty before a United States Magistrate Judge.  I understand that the plea is

subject to the approval of the United States District Court and that sentencing will be conducted

by the District Court.

SIGNED this ___ day of __April_____, 2026

X_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT
TITO H. ALFARO

_____
ASSISTANT UNITED STATES ATTORNEY