United States Magistrate Court
CDS-SDTX
FILED

APR 0 7 2026    3C

Nathan Ochsner, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 5:26-CR-00362 |
| | § | |
| DOLORES ALVARADO-ARTEAGA | § | |
| | § | |
| | § | |

## WAIVER OF PRESENTENCE INVESTIGATION AND REPORT

After consulting with my attorney, I agree that the information on the record is sufficient for the imposition of my sentence. Subject to the Court's approval and finding that it is sufficient, I waive any presentence investigation and report required under 18 U.S.C. § 3552 and Fed. R. Crim. P. 32.

Date: 4/7/26

X _____
Defendant's signature

_____
Signature for defendant's attorney

Tito Alfaro
Printed name of defendant's attorney