## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                              Case Number: 5:26–cr–00362

Dolores Alvarado–Arteaga

---

### Notice of Setting

**A proceeding has been set in this case as to Dolores Alvarado–Arteaga as set forth below.**

**BEFORE:**
**Judge John A Kazen**

**LOCATION:**
Courtroom 2A
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 4/10/2026

**TIME:** 10:15 AM

**TYPE OF PROCEEDING:** Sentencing
Applicable defendant(s) required to be present at the hearing.

---

Date:    April 8, 2026                                     Nathan Ochsner, Clerk